In the Matter of ROSINA SIRAGUSA, Appellant, against WILLIAM F. CAREY, as Treasurer and Trustee of the Relief and Pension Fund of the Department

of Street Cleaning, Respondent.— Order unanimously affirmed, without costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.